UNITED STATES DISTRICT Court
Western District of Wisconsin

Dennis Samsa,                          Date: 10 June 2023
                Plaintiff (s)

                                       Civil Action No:

                                          23-cv-434-jdp
V.
1. Michael Glass
2. Ethan Marczewski
3. Kyle Zenk
4. Kyle Firstl
5. Brooke Stingraeber
6. Jarron Bankhead
7. Jeramy Hoffstater
8. Caleb        Hill
Sued individually and
In their own capacities;
            Defendants.
        Jury Trial Demanded
        Verified civil complaint
            I. Jurisdiction
1. This is a civil action authorized by U.S.C
   Section 1983 to redress the deprivation,
under color of state law, of rights secured by
the constitution of the united states. The
court has jurisdiction under 28 U.S.C section
1331 and 1343 (a) (3). Plaintiffs seek
declaratory relief pursant to 28 U.S.C
                2

Section 2201 and 2202. Plaintiffs claims for injunctive relief are authorized by 28 U.S.C Section 2283 and 2284, as well as rule 65 of the Federal Rules of Civil Procedure.

2. The western District of Wisconsin is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiff(s)

3. Plaintiff Dennis Samsa was at all times mentioned herein, a Wisconsin State Prisoner housed in Columbia Correctional Institution. Dennis Samsa is currently confined in Columbia Correctional Institution (CCI).

## III. Defendants

4. Defendant Michael Glass is the restrictive housing ( CRHI) unit Manager. Unit manager Glass is responsible for RHI unit operations and the conduct of RHI staff, as well as the inmates.

5. Defendant Ethan Marczewski is the security supervisor for RHI. Ethan Marczewski is the Lieutenant responsible for the safety and security of RHI and deals with security responces.

6. Defendant Kyle Zenk is the security supervisor who is currently active as the

3

RHI on call Lieutenant and is responsible for the saftey and security of RHI and deals with security responces.

7. Defendant Brooke Stingraeber was assigned as the RHI unit officer. Brooke Stingraeber was working the floor conducting unit operation

8. Defendant Jarron Bankhead was assigned as the RHI unit officer. Jarron Bankhead was working the floor conducting unit operation

9. Defendant Hoffstater is the Security supervisor who is currently active in RHI and is the Lieutenant responsable for the saftey and security of RHI and deals with security responces

10. Defendant Kyle Firstl is a sergeant at CCI. Firstl was posted as the unit sergeant to oversee unit operations.

11. Defendant Hill was assined as the RHI unit officer. Hill was working the floor conducting unit operations

### IV Facts

12. At all times relevant to this case, Plaintiff Dennis Sama was housed in

the columbia correctional Institution segregation unit, Restrictive Housing unit-1 (RH1).

13. on 6/10/2023 Samsa was escorted to RH1 shower area at approximately 12:30pm

13. The RH1 shower area holds one inmate at a time.

14. at approximately 12:40 correctional officer, defendants Stingraeber, Zenk, Firstl Seen me Fishing with another inmate.

15. at approximately 12:41 correctional officer, defendant Stingraeber came up the stairs to the inmates door were I was fishing and asked the inmate to hand out the conterband inmate said no

16. then She looked at me and said You must be done with your shower I said no

17. at approximately 1:00 pm I Plaintiff Dennis Samsa informed the staff I was done with my shower and thats when defendant Zenk and Bankhead came to the shower door to cuff me up and I

hurd them talking about a strip search

18. I Plaintiff told them I had no conterband witch they already knew and once they pulled me out of the shower defendant Zenk checked the shower well defendant bankhead was holding my arm

19. Defendant Zenk did not find nothin cuz I told him, I had no conerband

20. Defendants zenk, Bankhead escorted Samsa to the strip cage and the Plaintiff was verbally declining a strip search due to the unreasonableness of the search in light of Samsa's compliance stating he had no conterband

21. Defendant used a strip search in retaliation to humiliate and demeaner Samsa for non stop fishing over the last few weeks

22. the RHU strip cage is essentially a room with three concrete walls, fronted by a steel door with a large window and on the side of the door in the wall is another large window

23. Defendant placed Samsa in the strip cage to conduct a seach of Samsa clothing and his body cavities

24. Defendant Jarron was the officer who conducted the strip search Samsa noticed that R Jarron Bankhead and Kyle Zenk both had body-worn camera's on and actively

Recording,

25. samsa expressed discomfort in proceeding with the strip search since plaintiff samsa stated that he has no conterband at all and also inmate samsa expressed discomfort in being stripped search with officers Body-worn cameras on recording his exposed body.

26. Regardless of plaintiffs discomfort, samsa was obligated to comply or else he would suffer further humliation.

27. After the search was completed, samsa informed defendants zenk an Bankhead that he was violating inmates bodily privacy by conducting strip searches and having them recording cameras present and facing inmates exposed genitlia zenk stated it was his right to have a camera recording

28. Defendants on 6-15-2023 defendants hoffstater and Hill told me that I was moved over from B tier to A tier as a form of retaiation/Pushment for fishing

29. let it be known that on A tier an inmates has shit all over his room and staff wont clean it up or have the swampers and all defendants do is spray feeabress and thier doing this out of retaliation

V. Exhaustion of Legal Remedies

30. All legal administrative remedies were exhausted as available under the Wisconsin Department of corrections Inmate complaint Review system (DOC chapter 310).

## VI. Legal claims

31. Each defendant was aware that inmate told them he had no conterband and therefore a strip search was unreasonable in violation of the fourth amendment

32. Each defendant was aware that inmates receive a limited right to bodily Privacy and that subjecting Inmates to a video recorded strip search as punishment for fishing with inmates for over 3 weeks and is an arbitary tactic to embarrass and humiliate the Plaintiff in violation of the Eigth amendment, creating emotional distress and psychological tonment for an inmate who is already suffering mental health disorders exacerbuted by segregation enviornment

## VII Prayer for relief

33. Wherefore Plaintiff respectfully prays that this court enters Judgment:

34. Granting Plaintiff a declaration that the act and omission decribed herein violate his rights under the constitution and laws of the united states;

35. A Preliminary and permanent injunction ordering all defendants to cease Body worn cameras.

8

36. Being present during strip searches.

37. Granting Dennis Samsa the Plaintiff in this case compensatory damages in the amount of $80,000.00 against each defendant, jointly and severally.

38. Granting Dennis Samsa Punitive damages in this case the amount of $50,000.00 against each defendant, jointly and severally.

39. Plaintiff also seeks a jury trial on all issues trible by jury.

40. Defendant Plaintiff also seeks to recover costs of this case.

41. Any relief the court deems just or proper.

Respectfully submitted
Dennis Samsa 490498
Columbia Correctional Institution
P.O. Box 950
Portage WI 53901

Verification

I have read the foregoing compliant and hereby verify that the matters alleged therein are true except as to theses matters alleged on information and beliefs and as to those I believe to be true I certify under penality of perjury that the forgoing is true and correct Dated 6-10-23. Dennis Samsa

# Defendants

1. Michael Glass correctional officer
   2925 columbia Drive P.O. Box 950
   Portage WI 53901
   Columbia correctional Institution

2. Ethan Marczewski correctional officer
   2925 columbia Drive P.O. Box 950
   Portage WI 53901
   columbia correctional Institution

3. Kyle Firstl correctional officer
   2925 columbia Drive P.O. Box 950
   Portage WI 53901
   Columbia Correctional Institution

4. Kyle Zenk correctional officer
   2925 columbia Drive P.O. Box 950
   Portage WI 53901
   columbia Correctional Institution

5. Brooke Stingracber correctional officer
   2925 columbia Drive P.O. Box 950
   Portage WI 53901
   columbia correctional Institution

6. Caleb Hill correctional officer
   2925 columbia Drive P.O. Box 950
   Portage WI 53901
   Columbia correctional Institution

Defendants

7. Jarron Bankhead correctional officer
2925 Columbia Drive P.O. Box 950
Portage WI 53901
Columbia D correctional Institution

8. Jeramy Hoffstater correctional officer
2925 Columbia Drive P.O. Box 950
Portage WI 53901
Columbia Correctional Institution

Plantiff(s)

1. Dennis Samsa Doc 490936 Inmate
2925 columbia Drive P.O. Box 950
Portage WZ 53901
Columbia correctional Institution